THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERICA L. MORELAND, Appellant. (Appeal No. 1.) [958 NYS2d 924]—Appeal from a resentence of the Erie County Court (Michael L. D'Amico, J.), rendered June 6, 2011. Defendant was resentenced upon her conviction of assault in the second degree.

It is hereby ordered that the resentence so appealed from is unanimously affirmed.

Same memorandum as in *People v Moreland* (103 AD3d 1275 [2013]). Present—Smith, J.P., Peradotto, Lindley, Sconiers and Valentino, JJ.